**72**

Roger **VANHOOSE** and Murriell R.
Harrison, Appellants,

v.

**COMMONWEALTH** of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 2, 1973.

Roger Vanhoose, pro se.

Murriell R. Harrison, pro se.

Ed W. Hancock, Atty. Gen., Jackson D. Guerrant, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

Betty Stuart **WELLS** et al., Appellants,

v.

Hattie Jane **MENSHOUSE** (nee Sammons) and Louis P. Menshouse, Appellees.

Court of Appeals of Kentucky.

Feb. 2, 1973.

Charles S. Sinnette, Ashland, for appellants.

W. Henderson Dysard, Ashland, for appellees.

Opinion of the Court by Special Commissioner WILLIAM G. FUQUA, Affirming.*

Allie C. **VICE** and Virginia Vice,
his wife, et al., Appellants,

v.

James W. **VICE** and Virginia Vice,
his wife, et al., Appellees.

Court of Appeals of Kentucky.

Feb. 2, 1973.

Lewis A. White, White & Peck, Mount Sterling, for appellants.

Wayne W. Fitzgerald, Cynthiana, for appellees.

Opinion of the Court by Special Commissioner ROBERT M. COLEMAN, Affirming.*

Charles S. **SEAY**

v.

**EARL PRUITT COMPANY** and J. Keller Whitaker, Director, Workmen's Compensation Board.

Court of Appeals of Kentucky.

Feb. 2, 1973.

Edward T. Brady, Jr., Kaplan, Lyon, Brady & Samuel, Louisville, for appellant.

C. Dant Kearns, Louisville, for appellees.

Memorandum Opinion of the Court by Justice REED, Affirming.*

* Opinion ordered not to be published.